ANN M. CERNEY, SBN: 068748
Attorney at Law
45 Hunter Square Plaza
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

—o0o—

| | |
|---|---|
| CYNTHIA AINSWORTH, | CASE NO. 2:06-01550-GGH |
| Plaintiff, | **ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S ANSWER** |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the stipulation of the parties showing good cause for a requested first extension of Plaintiff's time to respond to Defendant's Answer, the request is hereby APPROVED.

Plaintiff shall file her response on or before March 17, 2007.

SO ORDERED.

DATED: 1/18/07            /s/ Gregory G. Hollows
                          GREGORY G. HOLLOW
                          UNITED STATES MAGISTRATE JUDGE

ainsworth.ord

---

1

STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S ANSWER